762 A.2d 97

Elvis David LEWIS

v.

STATE of Maryland.

No. 99, Sept. Term, 2000.

Court of Appeals of Maryland.

Nov. 15, 2000.

Elvis David Lewis, Stafford, VA, pro se.

Gary E. Bair, Asst. Atty. Gen., J. Joseph Curran, Jr., Atty. Gen. of Maryland, for respondent.

Submitted before BELL, C.J., and ELDRIDGE, RODOWSKY,* RAKER, WILNER, CATHELL and HARRELL, JJ.

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 15th day of November, 2000,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, vacated, and the case is remanded to the Court of Special Appeals with directions to vacate the judgment of the Circuit Court for Anne Arundel County and to remand the

---

* Rodowsky, J., now retired, participated in the hearing and conference of this case while an active member of this Court; after being recalled pursuant to the Constitution, Article IV, Section 3A, he also participated in the decision and adoption of this opinion.

**528**

case to the Circuit Court for Anne Arundel County for a hearing. See *Skok v. State,* 361 Md. 52, 760 A.2d 647 (2000). Costs to be paid by the Respondent.